FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA G. SAMANIEGO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company, and KIMBERLY M. ROBINSON, individually and the marital community thereof, if any,<br><br>    Defendants. | No. 4:20-CV-05081-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 28. The parties jointly stipulate and move for dismissal of the claims asserted in the above-entitled action with prejudice and without costs or fees. The Court finds good cause to grant the motion.

//
//
//
//

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 28, is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without an award of costs or fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of May 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** # 2